440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

|  |  |
|---|---|
| _Ricky Gonzalez_ <br> Plaintiff(s) <br> v. <br> _City of New York Department of Corrections,_ <br> _Officer John June, Officer John Randazzo, Officer_ <br> _Jane Johnson, Officer Jane Diaz, Deputy Warden John_ <br> _Chester, Captain Jane Pierre, in individual and official capacities_ <br> Defendant(s) See Attached | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
_New York City Department of Corrections_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: _Ricky Gonzalez (23-B-2583)_
_Auburn Correctional Facility_
_P.O. Box 618_
_Auburn, New York 13024_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*