Ricky Gonzalez (23-B-2583)
Auburn Correctional Facility
135 State St. P.O. Box 618
Auburn, New York 13024

RECEIVED
SDNY PRO SE OFFICE
2024 DEC 10 PM 4:59

December 4th, 2024

RE: 24-CV-3859

Greetings and Salutations:

I am writing to you in acknowledgement and receipt of the court order you've recently sent. I was not aware that Judges and Assistant District Attorneys are granted automatic immunity in consideration with my §1983 proceeding and the civil liability thereof.

As for the 3-page letter I have sent to you along with my section 1983 claim, it was just a way of mearly illustrating the atmosphere at auburn prison and not an actual claim in my law suit; as that would indeed require submissions to the Northern District Court.

What worries me most is my claims in Riker's Island and how best to survive your initial review thereof because their grievance procedure is one that does not prove to be

to be efficient in that nearly every submission I have made has gone unanswered. This proved difficult in the appeals process because on each official grievance sheet are check boxes which indicate "Appeal to Warden", "Agree with resolution", or whether its dismissed.

I understand that I am required to exhaust all possible remedies through administration, however, during Covid 19 the Inmate Grievance Procedure Resolution became unavailable to me and I resorted to filing grievances telephonically with NYC 311. I do have the original grievance submission for the unpaid wages claim from Riker's Island which I can send you along with any other supporting papers with your permission. The 1983 claim form indicates claimants not to send anything unless requested by the court.

The NYC DOC has not yet responded to any of my F.O.I.L. requests for video footage of me being assaulted by the corrections officer.

I ask that you please notify me if there is anything you require of me for the purpose of the law suit. Thank you

Most Respectfully
Ricky Gonzalez
Ricky Gonzalez

P.S.
When will the $350.00 be deducted from my account?



SYRACUSE NY 130
5 DEC 2024 PM 1

United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl St.
New York, N.Y. 10007

DIN: 23-B-2583

AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024
NAME: Ricky Gonzalez



2024 DEC 10 PM 4:58

RECEIVED
SDNY PRO SE OFFICE