UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Ricky Gonzalez,

                              Plaintiff,

            -against-                                    **NOTICE OF APPEARANCE**

City of New York City, et al.,                          1:24-CV-3859 (JLR)(RWL)

                              Defendants.

------------------------------------------------------------------------x


            Please enter the appearance of the undersigned, as the lead attorney and attorney to

be noticed, on behalf of the Defendant City of New York in the above-captioned matter.



Dated: New York, New York
            April 4, 2025

                                    MURIEL GOODE-TRUFANT
                                    Corporation Counsel of the
                                        City of New York
                                    *Attorney for the City of New York*
                                    100 Church Street
                                    New York, New York 10007
                                    Tel: (212) 356-4369
                                    Email: mbenavid@law.nyc.gov


                              By: _____
                                    Mark A. Benavides
                                    Assistant Corporation Counsel