UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Ricky Gonzalez,

                           Plaintiff,

       -against-

New York City Department of Correction et al.,

                         Defendants.

------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

1:24-CV-3859 (JLR)(RWL)

       I hereby certify under penalty of perjury that on April 4, 2025, I served the accompanying Notice of Appearance, by first-class mail, upon Ricky Gonzalez, Plaintiff *Pro Se*, by depositing copies of the same at a post office depository under the exclusive care and custody of the United States Postal Service, within the State of New York, enclosed in a postpaid, properly addressed envelope, to the following address, being the address designated for that purpose:

                Ricky Gonzalez, Plaintiff *Pro Se*
                23-B-2583
                Auburn Correctional Facility
                P.O. Box 618
                Auburn, NY 13024

Dated: New York, New York
       April 4, 2025

                                    MURIEL GOODE-TRUFANT
                                    Corporation Counsel of the
                                      City of New York
                                    *Attorney for the City of New York*
                                    100 Church Street
                                    New York, New York 10007
                                    Tel: (212) 356-4369
                                    Email: mbenavid@law.nyc.gov

                               By: /s/ M. Benavides
                                    Mark A. Benavides
                                    Assistant Corporation Counsel

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007



Mr. Ricky Gonzalez, Pro Se Plaintiff
23-B-2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024