UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ricky Gonzalez<br><br>                             Plaintiff,<br><br>-against-<br><br>The City of New York et al<br><br>                             Defendant(s). | 24-CV-03859<br>WAIVER OF SERVICE OF<br>SUMMONS UNEXECUTED |

The New York City Department of Correction declines on behalf of the defendants listed below to waive service of the summons and complaint in this case and for each defendant provides a brief explanation as to why service is not being waived.

| **Defendant's name** | **Reason service not waived** |
|---|---|
| **CO Johnson** | **Cannot identify/Common name/Need more information** |
| **Co Joqwell June** | **No Longer an employee of the agency** |
| **Capt. Pierre** | **No Capt. with name in agency** |

Dated:
        April 8, 2025

**S/**
Howard Sterinbach

New York City Department of Correction
**718-546-0816**

New York, New York

Assistant General Counsel

---

New York City Department of Correction
**718-546-0816**