

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK A. BENAVIDES**
Assistant Corporation Counsel
mbenavid@law.nyc.gov
Phone: (212) 356-4369
Fax: (212) 788-9776

May 23, 2025

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. The deadline for Defendants Chester and Randazzo to answer or otherwise respond to the Complaint shall be extended to **June 9, 2025.**
SO ORDERED.

Dated: May 27, 2025
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Re: Ricky Gonzalez v. City of New York, et. al., (24-CV-03859) (JLR)

Your Honor:

    I am the attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. I write to request the Court's extension for Defendants Solomon Chester and Salvatores Randazzo to respond to the Complaint on or before June 09, 2025.

    Your Honor's March 10, 2025, Order of Service, requested the remaining Defendants to waive service of the summons by April 09, 2025. (Doc. No. 11). On behalf of the City of New York, I waived service on April 08, 2025, providing the City of New York until June 09, 2025, to respond to the Complaint.

    On April 09, 2025, the NYC Department of Correction was able to identify Defendants Solomon Chester and Salvatores Randazzo, and accepted service on their behalf by filing the Waiver of the Service of Summons. (Doc. No. 16, 17). Although filed on April 09, 2025, the waivers were dated March 26, 2025, and March 28, 2025, and, thus, this Court provided these Defendants until June 27, 2025, to respond to the Complaint.

    As the Defendants are municipal employees, the City of New York would like to file a unified response on or before June 09, 2025, on behalf of these three defendants.

Respectfully submitted,

*Mark A. Benavides*
Mark A. Benavides

cc: Plaintiff (via Mail)