

MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

MARK A. BENAVIDES
*Assistant Corporation Counsel*
Tel.: (212) 356-4369
mbenavid@law.nyc.gov

June 5, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl St., Room 1920
New York, NY 10007

Re: <u>Gonzalez v. City of New York, et. al.</u>, 24-CV-3859 (JLR)

Your Honor:

I am the attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York assigned to represent defendants City of New York and Solomon Chester in the above referenced matter. I write to request a 45-day extension of time to allow the Defendants to respond to the Complaint. The current due date for Defendants' response to the Complaint is **June 09, 2025**. Granting Defendants' request for a 45-day extension would render **July 24, 2025**, as the new date for defendants to answer or otherwise respond to the Complaint. This is defendant City of New York's first extension request, and this is defendant Solomon Chester's second extension request. Due to Plaintiff's incarcerated status, the City has been unable to obtain Plaintiff's position on this request.

Defendants request this extension in order to comply with their obligations under Rule 11 of the Federal Rules of Civil Procedure, as key investigatory documents maintained by the NYC Department of Correction were provided to this Office only on June 04, 2025. The requested additional time is needed to review the contents of this key investigatory material to ensure accurate and knowledgeable representations to this Court.

By way of background, Plaintiff filed this action on May 16, 2024 (Doc. No. 1). Plaintiff allegations are extensive as they include claims of an excessive use of force, deprivation of wages, deprivation of law library usage, an attempted murder allegation, deprivation of the right to a speedy trial, unconstitutional conditions of confinement related to the COVID-19 pandemic at two different housing units located on Riker's Island, and various claims originating from Plaintiff's time incarcerated at the Auburn Correctional Facility. *Id.*

On November 14, 2024, Chief Judge Swain of the Southern District of New York, dismissed Plaintiff's speedy trial claim together with claims arising at the Auburn Correctional Facility. (Doc. No. 8). On March 10, 2025, Your Honor dismissed Plaintiff's attempted murder charge against "nurse Jane Doe," dismissed the Claim against the NYC Department of Correction, dismissed the claim against Defendant Jane Diaz, ordered discovery pursuant to Local Civil Rule 33.2, and requested the following Defendants to waive service of the summons: Correction Officer "John Randazzo," Correction Officer "John 'June'", Correction Officer "Jane Johnson," Deputy Warden "John Chester," and Captain "Jane Pierre." (Doc. No. 11).

On April 07, 2025, consistent with Your Honor's March 10, 2025, Order, I submitted an initial document requests to the NYC Department of Correction. On April 09, 2025, this Office executed and filed a waiver of service of the summons on behalf of the sole identified defendant City of New York, thus rendering June 09, 2025, as defendant City of New York's due date to respond to Plaintiff's remaining claims. (Doc. No. 15).

After initial investigation into the identity of the alleged defendants, on April 09, 2025, the NYC DOC accepted service, on behalf of Deputy Warden Solomon Chester, and mistakenly accepted service on behalf of a DOC employee by the name of Salvatores Randazzo. (Doc. Nos. 16-17). Because of the different days in which the response by the defendants would have been due, this Office requested (Doc. No. 19) and was granted an extension allowing Defendant Chester respond to the Complaint (Doc. No. 20) on the same date provided to defendant City of New York.

Since the initial extension request, this Office has been in contact with the NYC DOC in order to ensure compliance with our FRCP Rule 11 obligations, as well as Your Honor's March 10, 2025, discovery requests.

Thank you for your consideration herein.

Respectfully submitted,

Mark A. Benavides
*Assistant Corporation Counsel*
General Litigation Division

cc: **VIA ECF & FIRST CLASS MAIL**
Mr. Ricky Gonzalez
*Plaintiff Pro Se*
23-B-2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024