UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Ricky Gonzalez,

                            Plaintiff,

             -against-

New York City Department of Correction, et. al.,

                          Defendants.

**CERTIFICATE OF SERVICE**

1:24-CV-3859 (JLR)(RWL)

-------------------------------------------------------------------x

I, **Mark A. Benavides**, certify under penalty of perjury that on June 5, 2025, I served the accompanying Extension Request Letter, by first-class mail, upon Ricky Gonzalez, Plaintiff *Pro Se*, by depositing copies of the same at a post office depository under the exclusive care and custody of the United States Postal Service, within the state of New York, enclosed in a postpaid, properly addressed envelope, to the following address, being the address designated for that purpose.

                        Ricky Gonzalez, Plaintiff Pro Se
                        23-B-2583
                        Auburn Correctional Facility
                        P.O. Box 618
                        Auburn, NY 13024

Dated:      New York, New York
             June 5, 2025

                        **MURIEL GOODE-TRUFANT**
                        Corporation Counsel of the
                          City of New York
                        *Attorney for the City of New York*
                        (212)356-4369
                        100 Church Street
                        New York, NY 10007
                        Email: mbenavid@law.nyc.gov

                        By: _/s/ Mark A. Benavides_
                            Mark A. Benavides
                            Assistant Corporation Counsel