Ricky Gonzalez (23-B-2583)
Auburn Correctional Facility
135 State St. P.O. Box 618
Auburn, New York 13024

3/19/2025

United States District Ct.
Southern District of N.Y.
40 Foley Square
New York City, NY 10007
24-CV-3859 (LTS)(JLR)

Greetings,

    This letter of request is in refererence to page 5 of a court order I received from united states district Judge Jennifer L. Rochon, which was filed on 3/10/2025, stating copies of discoveries may be requested from the Pro Se Intake Unit. Therefore, I am requesting copies of discoveries of the following defendants:

1. City of New York
2. "John" June   Shield # 18179  C.O.
3. "John" Randazzo  C.O. (Kitchen)
4. "Jane" Johnson  C.O. (Law Library)
5. "John" Chester  Deputy Warden
6. "Jane" Pierre  Captain
7. "Jane" Diaz  C.O. (Grievance)
8. "Jane Doe"  Nurse

Sincerely,
Ricky Gonzalez
Ricky Gonzalez

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Ricky Gonzalez          DIN: 23-B-2583

United States District Court
Southern District
40 Foley Square
New York City, N.Y. 10007

Pro se

RECEIVED
JUN - 4 2025