Ricky Gonzalez (23-B-2583)
Auburn Correctional Facility
135 State St. P.O. Box 618
Auburn, NY 13021

24 CV 3859

3/19/2025

United States District Ct.
Southern District of N.Y.
500 Pearl Street
New York City, N.Y. 10007



RE: Coversheet; Motion to Amend/Replead

Greetings Hon. Jennifer L. Rochon,

    First and foremost I am most grateful for the opportunity to replead. However, the most simplest of Pro Se litigation has proved quite difficult to accomplish in a timely fashion on my part due to the fact that Auburn Correctional Facility has not fully recovered from the effects of the illegal strike by C.O.'s in February which caused an onslaught of inmate deprevation including but not limited to the distribution of legal mail, incoming and outgoing, limited to no law library povisions, and the transitioning of the old Notary Public to the newly appointed one just recently, which quite frankly is the main reason most of my court filings are not as immediate as I aim for them to be. Along with my motion to replead I would like to request your consideration for an appointment of counsel of legal representation amidst the hardship and difficulty incurred due to the jail's inefficiency at operating in a way paralell to that intended of in the New York State Rules and Regulations.

    Secondly, I have received a Notice of Appearance dated 4/4/2025 declaring Muriel Goode-Trufant, corporation counsel of the city of

New York, and Mark A. Benavides, Assistant Corporation Counsel, as lead attorney and attorney to be noticed of behalf of the Defendant of the City of New York.

Thirdly, due to the limited communication between myself and the courts, I would like to request that my sister, Jessica Diaz, be afforded permission to obtain information from the court on my behalf as my liaison to assist in any and all transactions and correspondances.

Lastly, enclosed is my Motion to Amend by Replead with notarized Affidavit and Verification along with 2 copies as I am unsure whether or not it is required to send a copy to the newly retained attorney representing the City of New York. I request permission to send the court papers supporting claims if and when needed as the rules for the initial filing stated not to make any legal arguments.

Thank you kindly for your patience and consideration for my inquiry in pursuit of legal justification.

Sincerely,
Ricky Gonzalez
Ricky Gonzalez