United States District Court
Southern District of New York

Ricky Gonzalez
Plaintiff Pro Se,

v.

City of New York; Correctional Officer John June; Correctional Officer John Randazzo; Correctional Officer Jane Johnson; Correctional Officer Jane Diaz; Deputy Warden John Chester; Captain Jane Pierre; Jane Doe Nurse

Defendants.

Affidavit of Service
In support of Motion
To Amend By Replead
24-CV-3859(LTS)(JLR)



RECEIVED JUN 06 2025 PRO SE OFFICE

I, Ricky Gonzalez, Plaintiff and Pro se litigant for the above captioned civil action, affirm and swear under penalty of perjury to be true the following:

1. Under order by United States District Judge Jennifer L. Rochon dated 3/10/2025 I have been afforded permission to replead,

1

without prejudice, dismissed claims against Jane Doe nurse and Grievance officer Jane Diaz. All of the information I have submitted in support of my request is true and correct.

Sworn to before me this
17th day of May, 2025

x _____/s/_____
Notary Public

KEVIN HESSE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE0024369
Qualified in Cayuga County
Commission Expires May 06, 2028

x _____/s/ Ricky Gonzalez_____
Ricky Gonzalez
Plaintiff Pro Se

# Verification

I, Ricky Gonzalez, being duly sworn, depose and say that I have read this Motion to Amend by replead and I am familiar with its contents and believe the statements to be true and factual.

Sworn to me on this
17th day of May 2025

KEVIN HESSE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE0024369
Qualified in Cayuga County
Commission Expires May 06, 2028

x /s/
Notary Public

x /s/ Ricky Gonzalez
Ricky Gonzalez
Plaintiff Pro Se

Tate St. P.O. Box 618
N.Y. 13024

7022 0410 0001 6889 3555

United States District Court
For the Southern District
500 Pearl Street
New York City, N.Y. 10007
ATTN:
District Judge Jennifer L. Rearon


RECEIVED
JUN 06 2025
PRO SE OFFICE


USM 4P
SDNY