

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T̲HE C̲ITY OF N̲EW Y̲ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Tel.: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov

July 18, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Gonzalez v. City of New York, et al.</u>,
                  24-CV-3859 (JLR)

Your Honor:

       I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to the defense in the above-referenced matter.[1] I write on behalf of Defendant Correctional Officer ("C.O.") John June[2] to respectfully request the Court extend the time for C.O. June to answer or otherwise respond to Plaintiff's Complaint from July 24, 2025, to September 15, 2025 in accordance with the executed waiver of service filed on July 15, 2025.[3] This is the first of such requests, and the extension will not affect any other deadlines or prejudice Plaintiff. Due to Plaintiff's incarcerated status, his position to this request could not be obtained.

---

[1] This case is assigned to Assistant Corporation Counsel ("ACC") Michael Futral, who is presently awaiting admission to the Southern District of New York and is handling this matter under my supervision. Mr. Futral may be reached directly at (212) 356 – 1643 or by email at mifutral@law.nyc.gov.

[2] At this time, the undersigned represents Defendant C.O. June solely for the limited purpose of requesting an extension of time and does not appear on his behalf for any other purpose. All other defendants anticipate filing an answer or otherwise responding to Plaintiff's Complaint by July 24, 2025.

[3] Sixty days from July 15, 2025—the date on which the Department of Correction filed an executed waiver of service on behalf of C.O. June (*see* ECF No. 29)—falls on a Saturday. Accordingly, it is respectfully requested that C.O. June's time to answer be extended until Monday, September 15, 2025.

By way of background, *pro se* Plaintiff Ricky Gonzalez filed his Complaint on May 16, 2024, alleging, *inter alia*, that on May 17, 2021, Defendant C.O. June deployed oleoresin capsicum spray on him. (ECF No. 1). On March 10, 2025, the Court Ordered the individual defendants to waive service by April 9, 2025. (ECF No. 11). On April 9, 2025, an unexecuted waiver of service was filed on behalf of C.O. June, explaining that service could not be waived because he was no longer employed by DOC. (ECF No. 18). On June 6, 2025, the Court Ordered C.O. June to answer or otherwise respond to Plaintiff's Complaint by July 24, 2025. (ECF No. 24). On July 15, 2025, an executed waiver of service on behalf of C.O. June "with the understanding that the time for defendant to answer or otherwise respond to the complaint will be sixty days from the date this waiver is filed." (ECF No. 29).

There are two reasons for this request. First, due to C.O. June's retired status, there were delays in locating and contacting him, which prolonged the filing of the executed waiver of service. Accordingly, additional time is needed for this Office to determine legal representation for C.O. June. Second, more time is also needed to review documents recently provided by DOC in order to satisfy Rule 11 obligations and adequately assess the allegations set forth in Plaintiff's Complaint.

Accordingly, for the reasons explained above, Defendant C.O. June respectfully requests the Court extend the time for him to answer or otherwise respond to Plaintiff's Complaint from July 24, 2025, to September 15, 2025.

Defendant thanks the Court for its time and consideration in this matter.

Respectfully submitted,

*Joseph Zangrilli* /s/
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division

Cc: **VIA ECF & FIRST CLASS MAIL**
Ricky Gonzalez
23-B-2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024