
MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

MARK A. BENAVIDES
*Assistant Corporation Counsel*
Tel.: (212) 356-4369
mbenavid@law.nyc.gov

July 23, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl St., Room 1920
New York, NY 10007

      Re: <u>Gonzalez v. City of New York, et. al.</u>, 24-CV-3859 (JLR)

Your Honor:

      I am the attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York and Solomon Chester, in the above referenced matter. To avoid the submission of multiple answers, Defendants respectfully request this Court to extend until September 15, 2025, the deadline for all Defendants to respond to the Complaint.

      There are currently multiple response deadlines for the various defendants. For Defendant City of New York and Solomon Chester, the deadline to respond to the Complaint is July 24, 2025. (ECF No. 23). For Defendant Joqwell June, the Defendant must respond to the Complaint no later than September 15, 2025. (ECF No. 31). Due to Plaintiff's incarcerated status, the City has been unable to obtain Plaintiff's position on this request.

      By way of background, Plaintiff filed this action on May 16, 2024 (Doc. No. 1). Plaintiff asserts a myriad of claims including excessive use of force, deprivation of wages, deprivation of law library usage, an attempted murder allegation, deprivation of the right to a speedy trial, unconstitutional conditions of confinement related to the COVID-19 pandemic at two different housing units located on Riker's Island, and various claims originating from Plaintiff's time incarcerated with the State of New York's custody. *Id.*

      On November 14, 2024, Chief Judge Swain of the Southern District of New York, dismissed Plaintiff's speedy trial claim, and claims arising at the Auburn Correctional Facility. (Doc. No. 8). On March 10, 2025, Your Honor dismissed Plaintiff's attempted murder charge against "nurse Jane Doe," dismissed the Claim against the NYC Department of Correction, dismissed the claim against Defendant Jane Diaz, ordered discovery pursuant to Local Civil Rule

33.2, and requested the following Defendants to waive service of the summons: Correction Officer "John Randazzo," Correction Officer "John 'June'", Correction Officer "Jane Johnson," Deputy Warden "John Chester," and Captain "Jane Pierre." (Doc. No. 11).

On April 07, 2025, consistent with Your Honor's March 10, 2025, Order, I submitted an initial document request to the NYC Department of Correction. On April 09, 2025, this Office executed and filed a waiver of service of the summons on behalf of the sole identified defendant City of New York, thus rendering June 09, 2025, as defendant City of New York's due date to respond to Plaintiff's Remaining Claims. (Doc. No. 15).

After initial investigation into the identity of the alleged defendants, on April 09, 2025, the NYC Department of Correction ("DOC") accepted service, on behalf of Deputy Warden Solomon Chester, and mistakenly accepted service on behalf of a DOC employee by the name of Salvatores Randazzo. (Doc. Nos. 16-17). Because of the different days in which the response by the defendants would have been due, this Office requested (Doc. No. 19) and was granted an extension allowing Defendant Chester (and Randazzo) to respond to the Complaint (Doc. No. 20) on the same date provided to defendant City of New York.

On July 21, 2025, this Court granted Defendant Joqwell June's request to answer the Complaint on or by September 15, 2025. (ECF No. 31).

Since the initial extension request, this Office has been in contact with the NYC DOC in order to ensure compliance with our FRCP Rule 11 obligations, as well as Your Honor's March 10, 2025, discovery requests.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ M. Benavides*
Mark A. Benavides
*Assistant Corporation Counsel*
General Litigation Division

cc: **VIA ECF & FIRST CLASS MAIL**
Ricky Gonzalez
23-B-2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024