UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Ricky Gonzalez,

                Plaintiff,

-against-

New York City Department of Correction, et. al.,

                Defendants.

**CERTIFICATE OF SERVICE**

1:24-CV-3859(JLR)(RWL)

------------------------------------------------------------------------x

    I, **Mark A. Benavides**, certify under penalty of perjury that on July 24, 2025, I served the accompanying Second Extension Request Letter, by first-class mail, upon Ricky Gonzalez, Plaintiff *Pro Se*, by depositing copies of the same at a post office depository under the exclusive care and custody of the United States Postal Service, within the state of New York, enclosed in a postpaid, properly addressed envelope, to the following address, being the address designated for that purpose.

        Ricky Gonzalez
        23-B-2583
        Auburn Correctional Facility
        P.O. Box 618
        Auburn, NY 13024

Dated:    New York, New York
            July 24, 2025

        **MURIEL GOODE-TRUFANT**
        Corporation Counsel of the
         City of New York
        100 Church Street
        New York, NY 10007
        Email: mbenavid@law.nyc.gov

        By:   /s/MarkABenavides_____
              Mark A. Benavides
              Assistant Corporation Counsel