UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

RICKY GONZALEZ,

                              Plaintiff,

-against-

CITY OF NEW YORK, CAPTAIN JANE PIERRE, JANE DOE, DEPUTY WARDEN JOHN CHESTER, C.O. JANE DIAZ, C.O. JANE JOHNSON, C.O. OFFICER JOHN RANDAZZO, and C.O. JOHN JUNE,

                              Defendants.

------------------------------------------------ x

**NOTICE OF APPEARANCE**

24-CV-3859 (JLR)

        **PLEASE TAKE NOTICE** that Michael Futral, Assistant Corporation Counsel, appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendant C.O. JOHN JUNE. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:     New York, New York
            August 11, 2025

                                          MURIEL GOODE-TRUFANT
                                          Corporation Counsel of the City of
                                             New York
                                          *Attorney for Defendant C.O. John June*
                                          100 Church Street,
                                          New York, New York 10007
                                          P: (212) 356-1643

                                        By:   *Michael Futral /s/*
                                                Michael Futral, Esq.
                                                *Assistant Corporation Counsel*

Cc: **<u>VIA FIRST CLASS MAIL</u>**
Ricky Gonzalez
23-B-2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024
*Pro se plaintiff*