UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RICKY GONZALEZ,

                              Plaintiff,

                -against-

CITY OF NEW YORK, et. al.,

                            Defendants.

**CERTIFICATE OF SERVICE**

1:24-CV-03859(JLR)

------------------------------------------------------------------------x

    I, **Mark A. Benavides**, certify under penalty of perjury that on September 15, 2025, I served the accompanying Answer, by first-class mail, upon Mr. Ricky Gonzalez, Plaintiff *Pro Se*, by depositing copies of the same at a post office depository under the exclusive care and custody of the United States Postal Service, within the state of New York, enclosed in a postpaid, properly addressed envelope, to the following address, being the address designated for that purpose.

                              **Ricky Gonzalez**
                              23-B-2583
                              Auburn Correctional Facility
                              P.O. Box 618
                              Auburn, NY 13024

Dated:       New York, New York
              September 15, 2025

                              **MURIEL GOODE-TRUFANT**
                              Corporation Counsel of the
                                City of New York
                              100 Church Street
                              New York, NY 10007
                              Email: mbenavid@law.nyc.gov

                        By:    /s/MarkABenavides_____
                                Mark A. Benavides
                                Assistant Corporation Counsel