

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARK A. BENAVIDES**
Assistant Corporation Counsel
mbenavid@law.nyc.gov
Phone: (212) 356-4369
Fax: (212) 788-9776

September 19, 2025

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  <u>Ricky Gonzalez v. City of New York, et. al., (24-CV-03859) (JLR)</u>

Your Honor:

      I am an attorney in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing the defendants in the above referenced matter. I write regarding the pre-trial conference this Court scheduled to take place on November 4, 2025 at 10:30 a.m. (<u>See</u> ECF No. 39).

      Respectfully, Defendants request that the pre-trial teleconference be rescheduled, as November 4, 2025, is Election Day and the New York City Law Department will be closed.

As an alternative Defendants propose the following date and times:

(1)    November 3, 2025, at a time convenient with the Court;

(2)    November 6, 2025, at a time convenient with the Court;

(3)    November 7, 2025, at a time convenient with the Court;

(4)    November 11, 2025, at a time convenient with the Court;

(5)    November 12, 2025, at a time convenient with the Court;

(6)    November 18, 2025, at a time convenient with the Court.

      Defendants have contacted the state facility where Mr. Gonzalez is in custody and were advised that the Plaintiff will be made available at the date and time set by the Court.

Respectfully submitted,

*M.A. Benavides*

Mark A. Benavides

cc: Plaintiff (via Mail and ECF)
Mr. Ricky Gonzalez
23-B-2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024