UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

RICKY GONZALEZ,

        PLAINTIFF,

   -against-

CITY of NEW YORK, CAPTAIN JANE PIERRE, JANE DOE (nurse), DEPUTY WARDEN SOLOMON CHESTER, C.O. JANE DIAZ, C.O. JANE JOHNSON, C.O. SALVATORE RANDAZZO, and C.O. JOQWELL JUNE,

        DEFENDANTS.

------------------------------------X

NOTICE of APPEARANCE

24-CV-3859 (JLR)(RWL)



RECEIVED OCT 15 2025 PRO SE OFFICE

PLEASE TAKE NOTICE that Ricky Gonzalez, Pro Se Plaintiff, intends to be present, virtually and telephonically, in attendance for the Pretrial Conference scheduled for November 6th 2025 at 2:30pm.

Auburn Correctional Facility is tasked with and responsible for

the production of said incarcerated individual. The Auburn Correctional Facility's inmate telephone system prohibits the inmate's ability to call agencies with automated telephone options and prohibits the option to leave voicemail messages. Plaintiff has not conferred with the defence counsel to date, though desires to.

Dated: Auburn, New York
October 5th, 2025

Ricky Gonzalez
23-B-2583
Auburn Corr. Fac.
P.O. Box 618
Auburn, NY 13024

*Ricky Gonzalez*
Ricky Gonzalez
Pro Se Plaintiff

Muriel Goode-Trufant
Corporation Counsel City of New York
100 Church Street
New York, New York 10007
Mark A. Benavides ACC

KEVIN HESSE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE0024369
Qualified in Cayuga County
Commission Expires May 06, 2028