Form as of August 20, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RICKY GONZALEZ,
                    Plaintiff(s),

-against-

C.O. JOHN JUNE ET AL.,
                    Defendant(s).

24 CIV. NO. 3859

**Civil Case Management Plan and Scheduling Order**

---

The parties submit this [Proposed] Civil Case Management Plan and Order pursuant to Federal Rule of Civil Procedure 26(f):

**1.    Meet and Confer:** The parties met and conferred pursuant to Fed. R. Civ. P. 16(c) and 26(f) on October 30, 2025                                                                              .

**2.    Alternative Dispute Resolution / Settlement:**

  **a.**    Settlement discussions have ☐ / have not ☑ taken place.

  **b.**    The parties have discussed an informal exchange of information in aid of early settlement and have agreed to exchange the following:

  N/A

  **c.**    The parties have discussed use of alternative dispute resolution mechanisms for use in this case, such as (i) a settlement conference before the Magistrate Judge, (ii) participation in the District's Mediation Program, and (ii) retention of a private mediator. The parties propose the following alternative dispute mechanism for this case:

  The parties propose a settlement conference before the Magistrate Judge.

1

    **d.**    The parties recommend that the alternative dispute resolution mechanism designated above be employed at the following point in the case (e.g., within the next 30 days; after exchange of specific information; after deposition of plaintiff; etc.):

    After summary judgment has been decided.

    **e.**    The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

**3.** **The Parties' Summary of Their Claims, Defenses, and Relevant Issues:**

Plaintiff(s):

Plaintiff alleges that he was subjected to excessive force, unconstitutional deprivation of law library, unconstitutional deprivation of labor wages, unconstitutional conditions related to law library usage, an attempted murder charge by a nurse, and overall unconstitutional conditions of confinement.

Defendant(s):

Defendants assert that they used reasonable force to maintain order and discipline; and have not violated any rights, privileges, or immunities under the U.S. Constitution or any other laws of the United States or the State of New York

**4.** **The Parties' Asserted Basis of Subject Matter Jurisdiction:**

42 U.S.C. § 1983; 28 U.S.C. §§ 1331, 1343(a)(3)-(4), 1367(a).

**5.** **Subjects on Which Discovery May Be Needed:**

Plaintiff(s):

Any and all pertinent documents not in the possession of the New York City Department of Correction.

Defendant(s):

Surveillance footage of the May 17, 2021 incident involving Plaintiff.

**6.** **Initial Disclosures** pursuant to Fed. R. Civ. P. 26(a)(1) will be exchanged no later than 12/4/2025_____.

**7.** **Amended Pleadings:**

- **a.** No additional parties may be joined after 4/17/2026_____. Any motion to join after this date will need to meet the good cause requirements of F.R.C.P. 16.

- **b.** No amended pleadings may be filed after 4/17/2026_____. Any motion to amend after this date will need to meet the good cause requirements of F.R.C.P. 16.

**8.** **Fact Discovery:**

- **a.** All fact discovery shall be completed by 6/10/2026_____.

- **b.** Initial requests for production were/will be served by 12/18/2025_____. Any subsequent requests for production must be served no later than 45 days prior to the discovery completion deadline.

- **c.** Initial interrogatories shall be served by 12/18/2025_____. Any subsequent interrogatories must be served no later than 45 days prior to the discovery completion deadline.

- **d.** Depositions shall be completed by 6/3/2026_____.

- **e.** Requests to admit shall be served by 5/1/2026_____.

- **f.** The parties propose the following limits on discovery:

  None.

- **g.** Except as otherwise modified in 8(f) above, the parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The interim fact discovery deadlines may be altered by the parties on consent without application to

3

the Court, provided that the parties meet the deadline for completing fact discovery.

**h.** The parties would like to address at the conference with the Court the following disputes, if any, concerning fact discovery:

9. **Expert Discovery (if applicable):**

    **a.** The parties do ✔ / do not ☐ anticipate using testifying experts.

    **b.** Anticipated areas of expertise:

    **c.** Expert discovery shall be completed by 8/10/2026_____.

    **d.** By 5/11/2026._____, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents, and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth above.

    **e.** The parties would like to address at the conference with the Court the following disputes, if any, concerning expert discovery:

10. **Electronic Discovery and Preservation of Documents and Information:**

    (If appropriate for the case, use the Court's Joint Electronic Discovery Submission and Proposed Order available at: http://nysd.uscourts.gov/judge/Lehrburger.

    **a.** The parties have ☐ / have not ✔ discussed electronic discovery.

    **b.** If applicable, the parties shall have a protocol for electronic discovery in place by _____.

4

c. The parties would like to address at the conference with the Court the following disputes, if any, concerning electronic discovery:

11. **Anticipated Motions** (other than summary judgment, if any)**:**

   Motion for judgment on the pleadings, pursuant to Fed. R. Civ. P. 12(c).

12. **Summary Judgment Motions:** No less than 30 days before a party intends to file a summary judgment motion, and in no event later than the close of discovery, the party shall notify this Court, and the District Judge, that it intends to move for summary judgment and, if required by the District Judge's Individual Practices, request a pre-motion conference.

   If pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed no later than 30 days following the close of all discovery if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge. If no pre-motion conference is required, summary judgment motions must be filed no later than 30 days following the close of discovery.

   Any summary judgment motion must comply with the Federal Rules of Civil Procedure, the Local Rules of this District, and the Individual Practices of the District Judge to whom the case is assigned.

13. **Pretrial Submissions:** The parties shall submit a joint proposed pretrial order and any required accompanying submissions 30 days after decision on the summary judgment motion(s), or, if no summary judgment motion is made, 30 days after the close of all discovery.

14. **Trial:**

   a. All parties do ☐ / do not ☑ consent to a trial before a Magistrate Judge at this time.

   b. The case is ☑ / is not ☐ to be tried to a jury.

c.  The parties anticipate that the trial of this case will require __2-3__ days.

15. **Other Matters the Parties Wish to Address (if any):**

    On October 30, 2025, counsel representing Defendants and Mr. Gonzalez held a meet and confer pursuant to Your Honors Sept 20, 2025, Pretrial Conference Order. While we were discussing the issues above, Mr. Gonzalez (who remains incarcerated at the Auburn Correctional Facility) was removed from the call due to a time limit, thus the parties were not able to finish executing this proposed case management plan. Defendants will attempt to schedule another meet and confer before November 6th's conference with the Court. However, should time restrictions prevent, the parties will need to adress items # 8-14.

    Plaintiff also wishes to address the efforts to identify Jane Diaz and Jane Doe.

16. The Court will fill in the following:

    ☐ A status conference will be held before the undersigned on _____ at _____.m. in Courtroom 18D, 500 Pearl Street.

    ☑ The parties shall submit a joint status letter __every ninety days__ no longer than _3_ pages.

Dated: 11/6/2025

SO ORDERED.

_____
ROBERT W. LEHRBURGER
United States Magistrate Judge

PLAINTIFF(S):

_____
ATTORNEY NAME(s):

DEFENDANT(S):

_____
ATTORNEY NAME(s)

_____   _____


_____   _____
ADDRESS                                                                  ADDRESS


TEL: _____         TEL:_____

EMAIL: _____    EMAIL:_____


The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff.

Ricky Gonzalez
DIN: 23B2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024