UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICKY GONZALEZ,

                Plaintiff,                24-CV-3859 (JLR) (RWL)

     - against -

                                            **ORDER**

C.O. JOHN JUNE, et al.,

                Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Plaintiff's Complaint names "Jane" Diaz and "Jane Doe" as Defendants. (Dkt. 1 *amended* Dkt. 25.) Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying Doe defendants. 121 F.3d 72, 76 (2d Cir. 1997).

     The Complaint alleges that the Jane Diaz is a grievance officer at Rikers Island with the Incarcerated Individuals Grievance Procedure Program and is supervised by Rosamund Padmore. (Dkt. 25 at 7.)

     The Complaint alleges that Jane Doe is a nurse at Rikers Island who dispensed medication in the "O.B.C.C. building in housing area 2 southwest" on December 30, 2021, at approximately 12:00 P.M. (Dkt. 1 at ECF 16; Dkt. 25 at 2.) The Complaint also describes certain physical attributes of Jane Doe and that she was working in the R.N.D.C. clinic at Rikers Island on April 2, 2022. (Dkt. 1 at ECF 16-17.)

     The Complaint thus appears to supply sufficient information for the City of New York, an interested party, to identify Jane Doe and the first name of Jane Diaz. Accordingly, the Court orders the New York City Law Department to ascertain the identity of Jane Diaz and Jane Doe, and file its finding on the docket by November 20, 2025.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff.

Ricky Gonzalez
DIN: 23B2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024