UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

RICKY GONZALEZ

                                    Plaintiff,            **CERTIFICATE OF**
                                                         **SERVICE**

                      -against-
                                                         1:24-CV-03859(JMF)(JWL)

CITY OF NEW YORK, et. al.,

                                    Defendants.

-------------------------------------------------------------------------x

      I, **Mark A. Benavides**, certify under penalty of perjury that on November 20, 2025, I served the accompanying Defendants' First Extension Request Letter to comply with the Court's November 6, 2025 *Valentin* Order, by first-class mail, upon Mr. Antrobus, Plaintiff *Pro Se*, by depositing copies of the same at a post office depository under the exclusive care and custody of the United States Postal Service, within the state of New York, enclosed in a postpaid, properly addressed envelope, to the following address, being the address designated for that purpose:


      **Ricky Gonzalez**
      DIN: 23-B-2583
      Auburn Correctional Facility
      P.O. Box 618
      Auburn, NY 13024

Dated:      New York, New York
           November 20, 2025


      **MURIEL GOODE-TRUFANT**
      Corporation Counsel of the
       City of New York
      100 Church Street
      New York, NY 10007
      Email: mbenavid@law.nyc.gov


      By:   /s/MarkABenavides_____
            Mark A. Benavides
            Assistant Corporation Counsel