

Granted.

SO ORDERED:

11/20/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK A. BENAVIDES**
Assistant Corporation Counsel
mbenavid@law.nyc.gov
Phone: (212) 356-4369
Fax: (212) 788-9776

November 20, 2025

**VIA ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: <u>Ricky Gonzalez v. City of New York, et. al., (24-CV-03859) (JLR)(RWL)</u>

Your Honor,

I am an attorney in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and am assigned to the above matter.

On November 6, 2025, you signed a *Valentin* Order directing the New York City Law Department to ascertain the identity of "Jane" Diaz and "Jane Doe" in this case. Following Your Honors' Order, I have contacted the NYC Department of Correction liaison counsel who is assigned to this case, but have not yet been informed of their efforts to identify the unidentified DOC defendant, "Jane" Diaz.

In addition to contacting the DOC liaison, I contacted the Correctional Health Service ("CHS") that runs the medical facilities within DOC's Rikers' Island, and have been informed by CHS counsel that more time is required to identify the "Jane Doe" medical staff member the Plaintiff named as a Defendant in this matter.

Defendants respectfully request 30 additional days to further assist the Plaintiff with identifying the unidentified Defendants. Granting 30 days would require the New York City Law Department to provide our findings to the Court on or by December 19, 2025. This is Defendants' first *Valentin* related request, and due to Plaintiff's incarceration status, I have not been able to contact him to receive his consent for this request.

Respectfully,

*M.A. Benavides*

Mark A. Benavides
Assistant Corporation Counsel