UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RICKY GONZALEZ,

                           Plaintiff,

       -against-

NEW YORK CITY DEPARTMENT OF CORRECTIONS, CORRECTIONAL OFFICER JOHN JUNE *Shield No. 18179*, CORRECTIONAL OFFICER JOHN RANDAZZO *Kitchen*, CORRECTIONAL OFFICER JANE JOHNSON *Law Library*, CORRECTIONAL OFFICER JANE DIAZ *Grievance*, DEPUTY WARDEN JOHN CHESTER, CAPTAIN JANE PIERRE, JANE DOE *NURSE/CLINICIAN*, and CITY OF NEW YORK,

                           Defendant(s).

------------------------------------------------------------------------x

**NOTICE OF MOTION**

24 Civ. 3859 (JLR)(RWL)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated December 15, 2025, the annexed Declaration of Michael Futral, Esq., and the exhibits annexed thereto, and the prior pleadings and proceedings had herein, defendant Correctional Officer John June ("Defendant"), will move before the Honorable Jennifer L. Rochon, United States District Judge, on a date to be determined by the Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for judgment on the pleadings to dismiss Plaintiff's Complaint against Defendant, together with such other and further relief as the Court may deem just and proper.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served by January 12, 2026; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, are to be served by January 26, 2026.

Dated:       New York, New York
               December 15, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendant June*
                                        100 Church Street, Room
                                        New York, New York 10007
                                        (212) 356-1643

                              By:     *Michael Futral* /s/
                                        Michael Futral
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation Division

TO:     Ricky Gonzalez
           DIN: 23B2583
           Auburn Correctional Facility
           P.O. Box 618
           Auburn, NY 13024