## CERTIFICATE OF SERVICE BY MAIL

I, Michael Futral, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on December 15, 2025, I served the annexed:

- NOTICE OF MOTION
- DECLARATION OF MICHAEL FUTRAL WITH ANNEXED EXHIBITS
- MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS
- LOCAL CIVIL RULE 12.1 NOTICE
- ALL UNPUBLISHED AUTHORITIES CITED IN DEFENDANTS' MEMORANDUM OF LAW, PURSUANT TO LOCAL RULE 7.2

Upon Ricky Gonzalez, the plaintiff in the matter, *Gonzalez v. New York City Dep't. of Corr. et al.*, 24 Civ. 3859 (JLR) (RWL) by  mailing by first class mail a  copy  of same, enclosed  in a postpaid,  properly addressed envelope to the addresses listed below:

Ricky Gonzalez
DIN: 23B2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024

Dated:  New York, New York
       December 15, 2025

Respectfully submitted,
_Michael Futral_ /s/
Michael Futral
*Assistant Corporation Counsel*
Special Federal Litigation Division