Ricky Gonzalez (23-B-2583)            12/4/2025
Auburn Correctional Facility
135 State St. P.O. Box 618
Auburn, N.Y. 13024
RE: Ricky Gonzalez v. City of New York, et al. (24-CV-03859)(JLR)(RWL)

RECEIVED
SDNY PRO SE OFFICE
2025 DEC 16 PM 2:20

Greeting Honourable Lehrburger,

    According to your order on 11/6/2025 demanding the identity of Jane Doe Nurse and Jane Diaz grievance officer be ascertained by counsel to the defence, I respectfully do not consent to defence counsel Mark A. Benavides November 20th, 2025 request for 30 days extension of your original order demanding the identity of the aforementioned be acquired by November 20th, 2025, as this would be the fifth requested extension for a task which could be done in one day.

    The last sentence of Mr. Benavia's letter of request states he has been unable to contact me even though I have provided him with my sister's cell phone number should he have any inquiries regarding the case. (Jessica: (845) 597-9441)

    I respectfully request the case proceed according to the deadlines we've all agreed upon. Thank you

                                     Respectfully Submitted
                                     *Ricky Gonzalez*
                                     Ricky Gonzalez
                                     Pro se Plaintiff





Envelope:

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Ricky Gonzalez     DIN: 23-B-2583

United States District Court
Southern District
500 Pearl Street
Pro Se Intake Unit
New York City, N.Y. 10007
Attn: Clerk of Judge Lehrburger

SDNY P3
Legal Mail

RECEIVED
2025 DEC 16 PM 12:52
SDNY PRO SE OFFICE