Ricky Gonzalez (23-B-2583)                                    1/5/2026
Auburn Correctional Facility
135 State Street P.O. 618
Auburn, New York 13024
RE: 24-CV-3859 (JLR)(RWL)

RECEIVED
SDNY PRO SE OFFICE

2026 JAN 13  AM 11: 35

United States District Court
Southern District
Pro Se Intake Unit
500 Pearl St. Room 200
New York, N.Y. 10007

Greetings Honourable J.L. Rochon and Honourable R.W. Lehrburger,

    On December 23rd, 2025 I received a Notice of Motion from defence counsel Michael Futral of Muriel Goode-Trufant, assistant corporation counsel, in request of a dismissal of claims against former corrections officer Joqwell June seeking immunity from excessive force.

    I also received electronic evidence in the form of a disc, which I specifically relayed to Mr. Futral's case partner Mark Benavides that I was told Auburn Correctional Facility does not have a DVD player for content examination. I had my sister Jessica Diaz (845)597-9441 send Mr. Benavides an e-mail requesting any electronic discovery be provided via USB Flash drive with password compatibility for confidentiality purposes. The email was responded to on 12/2/2025 by Mr. Benavides who has received my plaintiff discovery requests, however, has not provided me with all of the pertanent documents.

1

Furthermore, Mr. Futral's motion papers state that although it is a request for dismissal, the court may treat such motion as a summary judgement. The motion is not signed by a Judge and I have not received a court order to oppose or concur and to reply, however, the motion provides a mandatory due date for opposition papers on January 12th, 2026 and reply papers on January 26th, 2026.

I have inquired the assistance from an employee from the Pro Se Clinic named Jimmy Taylor who has mailed me a City Bar Justice application which I have submitted by mail on 12/16/2025 and a 2 page letter to Mr. Jimmy Taylor followed up on 12/28/2025 seeking assistance for case litigation due to the deprivation of legal amenities at my current prison.

At this time I would like to request the court to consider appointing me representation of legal counsel, in part or in whole, as I have adhered to the specific parameters set forth by the Honourable J.L. Rochon in document 28 dated 6/11/2025 which briefly stated plaintiff must show effort of self retainment of said counsel before the court may consider such provision.

I do intend to oppose and reply to Mr. Futral's motion to dismiss, however, request an extention of time to do so until all requested discovery documents have been provided and an answer to my request for assistance of counsel has been considered for review.

Enclosed are significant papers in support of

2

my requests.

   Plaintiff respectfully requests the transcripts from the court teleconference held on November 6th, 2025 at 2:00pm in the courtroom of the Honourable Robert W. Lehrburger.

   I've enclosed all papers documenting my efforts in retaining counsel and I thank you for your time and consideration in this matter.

Respectfully submitted,

Ricky Gonzalez

Ricky Gonzalez

RICKY GONZALEZ 23B2583
PO BOX 618
AUBURN NY 13021-0618

RECEIVED
SDNY PRO SE OFFICE

2026 JAN 13 AM 11: 35



RECEIVED
JAN 13 2026
PRO SE OFFICE




US POSTAGE PITNEY BOWES

ZIP 13021
02 1W
0001387039 JAN 08 2026
$ 000.94°

United States District Ct.
Southern District
Pro Se Intake Unit
500 Pearl St. Room 200
New York, N.Y. 10007





FOREVER USA
PURPLE HEART