RECEIVED
SDNY PRO SE OFFICE
2026 JAN 13 AM 11: 35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK

-----------------------------------X

RICKY GONZALEZ,

PLAINTIFF,

-against-

CITY of NEW YORK, CAPTAIN JANE PIERRE, C.O. JOQWELL JUNE, C.O JANE JOHNSON, DEPUTY WARDEN SOLOMON CHESTER, C.O. SALVATORE RANDAZZO, C.O. MAYRANDA DIAZ, and JANE DOE (nurse)

DEFENDANTS.

-----------------------------------X

NOTICE OF MOTION

24-CV-3859 (JLR)(RWL)

PLEASE TAKE NOTICE that upon accompanying sworn affidavit, dated January 5th 2026, annexed copy of discovery requests dated November 11th, 2025, relevant paperwork pertaining to plaintiff's search efforts in retaining assistance of counsel, annexed letters of requests to the Pro Se Clinic's Jimmy Taylor, Mr. Benavides, Mr. Futral, Auburn Legal Liaison officer

Joseph Vasile II, and relevant papers supporting the hardship caused by the lack of amenities the plaintiff is deprived of on a regular basis, plaintiff will move to oppose defendant's request for dismissal of claims against former corrections officer Joqwell June on the grounds of defendant's premature request of said motion before all discovery pertaining to the claims against said defendant has been satisfactorily afforded to the plaintiff.

In the case that plaintiff's motion to oppose is not deemed sufficient and meritorious by the court, plaintiff will respectfully request that an extension of time be granted for the sole purpose of a following up on requested assistance from the Pro Se

Clinic and the status of requested assistance of counsel and any further relief the court may deem just and proper.

Respectfully submitted,

[signature]

Ricky Gonzalez
23-B-2583
Auburn Corr. Fac.
P.O. Box 618
Auburn, NY 13024

Michael Futral esq, Mark Benavides esq.
Muriel Goode-Trufant
New York City Law Dept. Corporation Counsel
100 Church Street
New York, New York 10007

United States District Court
Southern District Prose Intake unit
Hon. Jennifer L. Rochon Hon. Robert W Lehrburger
500 Pearl street room 200
New York, New York 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------X

RICKY GONZALEZ,

PLAINTIFF,

AFFIDAVIT OF SERVICE

-against-

24-CV-3859(JLR)(RWL)

CITY OF NEW YORK, CAPTAIN JANE PIERRE, C.O. JOQWELL JUNE, C.O. JANE JOHNSON, DEPUTY WARDEN SOLOMON CHESTER, C.O. SALVATORE RANDAZZO, C.O. JANE DIAZ, and JANE DOE (nurse)

DEFENDANTS.

---------------------X

PLEASE TAKE NOTICE that I, RICKY GONZALEZ, Pro se plaintiff litigant, solemnly swear, under penalty of perjury, the following to be true and correct:

1. I am a pro se plaintiff who has been incarcerated since August of 2018. I assert that I am familiar with the facts and statements set forth

In this motion request.

2. Annexed are (4) letters in response from Prisoner's Legal Services of several requests for assistance of counsel, all which have been unsuccessful, and (1) response in denial from Legal Action Center.

3. Annexed is a copy of a "Legal Mail tampering" grievance in support of request for outside legal representation to avoid any confidentiality violations committed by prison staff.

4. Annexed is an original copy of counsel request sent to several law firms and agencies.

5. Annexed is a brief discovery request copy sent to defence attorneys on 11/11/2025.

6. Annexed is a true copy of assistance inquiry sent

to Pro se Clinic.

7. Annexed is a letter of complaint sent to Auburn prison mailroom staff for interfering with postage payment method. Self postage pay grants a receipt. See disbursements.

8. Annexed are (3) pages pertaining to receipt of DVD disc containing a video record and a letter to Auburn C.F. Legal Liaison Officer Joseph Vasile requesting appointment to view and examine contents thereof.

9. Annexed is letter received from C.O. Vasile of a scheduled telephone conference with no name of party and was canceled.

10. Annexed is copy of letter sent to Jimmy Taylor of Pro Se Clinic as a follow up the submitted application for requested assistance assignment.

DATED: AUBURN, NEW YORK
January 5th, 2026

Ricky Gonzalez
D.I.N: 23-B-2583
Pro Se Plaintiff
Auburn Corr. Fac.
P.O. Box 618
Auburn, NY 13024

[signature]
Ricky Gonzalez
Plaintiff Pro Se

Muriel Goode-Trufant
corporation counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007

KEVIN HESSE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE0024369
Qualified in Cayuga County
Commission Expires May 06, 2028

[signature] 1/5/26
NOTARY PUBLIC

PLS Prisoners' Legal Services of New York
114 Prospect Street • Ithaca, NY 14850
Tel: 607-273-2283 • Fax: 607-272-9122

Executive Director
Karen L. Murtagh

Of Counsel
Betsy Hutchings

Managing Attorney
Krin Flaherty

Senior Staff Attorney
Hallie E. Mitnick

Staff Attorneys
Ann Ferrari
Megan P. Welch

November 30, 2023

Ricky Gonzalez
23-B-2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024-9000

Dear Mr. Gonzalez:

In response to your letter of November 6, 2023, PLS assists incarcerated individuals with matters that occur while you are incarcerated in a NYS DOCCS facility. We cannot assist everyone with every issue. I have enclosed a list of the types of issues we can assist with, but depending on a number of factors, we may not be able to assist with every issue listed. In matters where we cannot directly assist, we have a number of form memos that can assist with handling the matter on your own. I have enclosed memos on the two topics you mentioned in your letter.

We do not send you an application form at this time. The way we handle requests is to read letters from those requesting assistance and try to determine if the issue you are writing about is one we might be able to assist with. If it it, we would then send an request for services and possibly releases depending on the issue.

We do not assist with matters related to criminal convictions, appeals of criminal convictions, or matters that occurred prior to your incarceration in a NYS DOCCS facilities (this includes issues that occurred at a county or city jail). We do not practice criminal law.

11



If you need legal assistance, you should write to us and provide a brief description of your issue. Do not send us large numbers of documents at this time. We will let you know if we need you to send documents later.

Sincerely,

Aleta Albert KEB

Aleta Albert
Director of Advocacy

Enc.: 1983 Civil Rights Actions
Drafting and Filing an Article 78
Address Packet
List of Cases PLS Accepts



Prisoners' Legal Services of New York
114 Prospect Street • Ithaca, NY 14850
Tel: 607-273-2283 • Fax: 607-272-9122

**Executive Director**
Karen L. Murtagh

**Of Counsel**
Betsy Hutchings

**Managing Attorney**
Krin Flaherty

**Senior Staff Attorney**
Hallie E. Mitnick

**Staff Attorneys**
Ann Ferrari
Megan P. Welch

June 3, 2024

Ricky Gonzalez
23-B-2583
P.O. Box 618
Auburn, NY 13024-9000

Dear Mr. Gonzalez:

We recently received your letter seeking legal assistance. Regrettably, we have determined that we cannot provide you with the assistance you requested. If you have asked for some form materials or we believe we have form materials that may be helpful to you, we are enclosing these materials with this letter. We are also returning any papers you sent.

I am responding to your issue about access to the law library. I will respond to other issues you wrote about separately. If you are denied law library access, you should file a grievance and note in your grievance if you have a court deadline and provide the date of the court deadline. If you have a court deadline and are denied access to the law library, you should also write to the Superintendent and explain that you are being denied law library access and that you have a court deadline and again, provide the date of your court deadline. You can also speak to your counselor about this issue. The enclosed memo provides deadlines for filing a grievance and deadlines for DOCCS to respond. If you don't receive a response to your grievance within the allowed deadline, you go to the next step and appeal to the Superintendent and then to CORC. You should also file a grievance about the fact that there are no notary services and include that in your letter to the Superintendent.

Sincerely,

Aleta Albert
Director of Advocacy

PLS Prisoners' Legal Services of New York
114 Prospect Street • Ithaca, NY 14850
Tel: 607-273-2283 • Fax: 607-272-9122

**Executive Director**
Karen L. Murtagh

**Of Counsel**
Betsy Hutchings

**Managing Attorney**
Krin Flaherty

**Senior Staff Attorney**
Hallie E. Mitnick

**Staff Attorneys**
Ann Ferrari
Megan P. Welch

April 15, 2025

Ricky Gonzalez
23-B-2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024-9000

Dear Mr. Gonzalez:

We have received information from you, a family member or friend on your behalf concerning problems you are experiencing related to the strike by Correction Officers. We are collecting information about conditions to help us determine how and where we can best respond.

We suggest that you file a grievance and use the appeals available through the grievance process (appeal to Superintendent and then to DOCCS). Make sure you keep a copy of any grievance you file, and make sure the grievance is dated. If you do not have access to grievance forms, you can write your grievance on plain paper and note at the top, "Grievance."

We understand that individuals may have concerns about retaliation if they file a grievance. However, if you wish to file a federal 1983 action, it is necessary that you exhaust your administrative remedies by filing a grievance and using the appeals available through the grievance process. See the enclosed form materials for further information.

PLS is not able to commit to litigation on these topics at this time. You may also wish to contact local representatives.

Sincerely,

Aleta Albert /AB

Aleta Albert
Director of Advocacy

Enc.: Incarcerated Grievance Program
Questionnaire

**PLS** Prisoners' Legal Services of New York

114 Prospect Street • Ithaca, NY 14850
Tel: 607-273-2283 • Fax: 607-272-9122

**Executive Director**
Karen L. Murtagh

**Managing Attorney/Deputy Director**
Krin Flaherty

**Senior Staff Attorney**
Hallie E. Mitnick

**Staff Attorneys**
Ann Ferrari
Megan P. Welch

August 6, 2025

Ricky Gonzalez
23-B-2583
P.O. Box 618
Auburn, NY 13024-9000

Dear Mr. Gonzalez:

We recently received your letter seeking legal assistance. Regrettably, we have determined that we cannot provide you with the assistance you requested. If you have asked for some form materials or we believe we have form materials that may be helpful to you, we are enclosing these materials with this letter. We are also returning any papers you sent.

If you file a grievance and do not receive a response within the time allowed, to exhaust your administrative remedies for a 1983 action, you can go to the next step and appeal to the Superintendent, and then appeal to CORC. Keep copies of all of your grievances and appeals.

Sincerely,

Aleta Albert
Director of Advocacy

Enc.: Lawsuits in the NYS Court of Claims
Section 1983 Civil Rights Actions
Address Packet
Incarcerated Grievance Program



Received 10|31|2024

Board of Directors

Brad S. Karp
*Chairman*

Mary Beth Forshaw
*Vice Chair*

Gerald Balacek
Eric D. Balber
Elizabeth Bartholet
Suzanne B. Cusack
Dawn Dover
Jason Flom
Alexis Gadsden
Doug Liman
Elaine H. Mandelbaum
Kamran Masood
Michael Meltsner
Marc Miller
Mark C. Morrill
Mary E. Mulligan
Debra Pantin
Samuel K. Roberts, Jr.
Elizabeth M. Sacksteder
Sharon L. Schneier
John J. Suydam
Kimá Joy Taylor
Anthony C. Thompson
James Yates
Richard Zabel

Arthur L. Liman
*Founding Chairman*

Daniel K. Mayers
*Chairman Emeritus*

Executive Team

Paul N. Samuels
*Director and President*

Anita R. Marton
*Senior Vice President*

Sally Friedman
*Vice President of Legal Advocacy*

Tracie Gardner
*Vice President of Policy Advocacy*

Ellen Weber
*Vice President for Health Initiatives*

Abigail Woodworth
*Vice President of External Affairs*

Gabrielle de la Guéronnière
*Director of Policy*

Roberta Meyers
*Director of State Strategy & Reentry*

Greetings:

Thank you for your letter to the Legal Action Center. We are a public interest law firm and work in the three areas described below:

- Helping New Yorkers with arrest and conviction records with the following:
  - Help obtaining NYS RAP sheets and correcting errors
  - Assistance applying for Certificates of Relief and Good Conduct
  - Assistance applying for New York's limited record sealing provisions
  - Advises on rights and provides representation in employment, occupational licensing, housing, and other areas where they may face discrimination
- Helping New Yorkers who have faced discrimination because of a substance abuse disorder (drug or alcohol), including denial of medication for opiate use disorder by medical providers, drug treatment courts, and jails or prisons
- Helping New Yorkers living with HIV or AIDS with a variety of legal issues, including violations of confidentiality rights and discrimination

We **do not** handle the following types of cases:

- Criminal cases, including post-conviction appeals and issues with probation/parole
- Prison conditions or mistreatment by prison staff and/or other people at your facility. For these issues, you can contact the organizations below. In letters to these organizations, please include detailed information about the issues you have experienced and any grievances you have filed
  - Prisoners' Legal Services, 41 State Street Suite M112, Albany, New York 12207
  - Prisoners' Rights Project of the Legal Aid Society, 199 Water Street, New York, NY 10038
  - Correctional Association of New York, P.O. Box 793, Brooklyn, NY 11207

We are unable to directly connect individuals to housing or employment upon release. Free, region-specific reentry resource guides are available by writing to these public libraries and organizations across NY State:

- New York Public Library Correctional Services, 445 Fifth Avenue. New York, NY 10016 (New York City)
- Westchester Library Reentry Services, 570 Taxter Road, Elmsford NY 10523 (Westchester County)
- Center for Law and Justice, Pine West Plaza, Building 2, Washington Ave Extension, Albany, NY 12205 (Albany and Capitol Region)

Example of violations of Legal Mail by staff

NEW YORK STATE | Corrections and Community Supervision

#41 Received Opened Legal Mail

INCARCERATED GRIEVANCE PROGRAM

COMPLAINT FORM

| GRIEVANCE NO. AUB-1385-25 | DATE FILED |
|---|---|
| GRIEVANT NAME Ricky Gonzalez | DIN 23-B-2583 |
| FACILITY Auburn C.F. | HOUSING UNIT E-10-20 |
| PROGRAM AM ______ PM ______ | DATE 9/18/2025 |

***(This form must be filed within 21 calendar days of grievance incident*)***

Description of Problem: (Please make as brief as possible and print legibly)

Legal Mail was opened outside of my presence on 9/17/2025 in violation of Privileged correspondence directive.

Grievant Signature: [signature]

AUBURN I.G.R.C.

Grievance Clerk Signature: [signature] Date: ON 10/3/25

Advisor Requested: ☐ YES ☑ NO Who: ______

Action Requested by Grievant:

The staff member who opened my legal mail outside of my presence is expected to be held to account.

This Complaint Has Been Resolved as Follows:

Informal Resolution Accepted: (To be completed only if resolved prior to hearing)

Grievant Signature: ______ Date: ______

Witness Signature: ______ Date: ______

*If unresolved, you are entitled to a hearing by the Incarcerated Grievance Resolution Committee (IGRC).*

*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

FORM 2131E (12/21)

AUB -1385-25

LAUREN E. ALLU, BAR #4160644
CRIMINAL APPEALS ADVOCATES PC
80 BROAD STREET, 5TH FLOOR
NEW YORK, NY 10004

FIRST-CLASS MAIL
AUTO
U.S. POSTAGE PAID
CHANHASSEN, MN
PERMIT NO. 25

* This legal letter was treated as General Mail even though it cleary reads "Legal Mail" and was delivered to me opened in breach of law/client confidentiality *

1361 ***********AUTO**5-DIGIT 13026 6 2
LEGAL MAIL
RICKY GONZALEZ # 23B2583
PO BOX 618
AUBURN NY 13021-0618

E-10-17

AUBURN CORR. FAC.
RECEIVED
SEP 1 7 2025
CORRESPONDENCE

*This Letter of request for legal representation has been sent to various law firms for assistance.*

11/11/2025

Ricky Gonzalez (23-B-2583)
Auburn Correctional Facility
135 State St. PO Box 618
Auburn, New York 13024
RE: "Request for Representation"

To whom this may concern:

This letter of request is to inquire the availability of any of the legal attorney employed at this law firm agency and whether services can be provided to me either on a Pro Bono basis or through stipulations of a contingency plan. The subject matter of my request is for the prosecution of a federal question in a §1983 case# 24-CV-03859(JLR)(RWL).

I am currently incarcerated and have been since August of 2018. Filing this complaint under the supervision and custody of the New York State Department of Corrections has proven difficult especially considering how limited the resources are in my current place of incarceration.

The claims in my case range from constitutional violations of the 6th, 8th, and 13th amendments with one use of force, an attempted Murder by a nurse, deprivation of labor wages whilst a pre-trial detainee, deprivation of access to the law library, and the most inhumane of living conditions before, during, and after the Coronavirus pandemic.

The scales are not tipped in my favor and therefore the need for immediate assistance is being sought for the litigation of the case proceedings. My case has survived thus far, however, my being

incarcerated has weakened my performance capacity placing limitations on what I am able to do from inside prison. Even so, I have been diligently overcoming these setbacks by familiarizing myself with the various chapters of the Jailhouse Lawyer's Manual and other self-help litigation publications which assist in my navigating through the court proceedings.

I thank you for your time and consideration in this matter and hopefully await to be acquainted with an attorney willing to assist me on my path to justice.

Respectfully Submitted,
[signature]
Ricky Gonzalez
Pro Se Litigant

[signature] 10/16/25
NOTARY PUBLIC

KEVIN HESSE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE0024369
Qualified in Cayuga County
Commission Expires May 06, 2028

11/11/2025

Ricky Gonzalez (23-B-2583)
Auburn Correctional Facility
135 State St. P.O. Box 618
Auburn, New York 13024

RE: Discovery requests

Muriel Goode-Trufant
Corporation Counsel of
the City of New York
Law Department
100 Church Street
New York, N.Y. 10007

Greetings Mr. Benavides and Mr. Futral,

This correspondence is in regards to discovery I am requesting pertaining to all claims set forth in the complaint of docket No. 24-CV-03859. Also enclosed is a copy of the letter I mailed to you on 10/23/2025 which contained a settlement offer in place of a trial by jury.

The discovery requests are as follows:

1. Recorded footage of the use of force by former corrections officer Joqwell June on 5/17/2021 between the hours of 6:00pm and 7:00pm in corridor 4 between Mod 4 entrance and the medication window.
2. Recorded Footage of plaintiff being handcuffed then escorted to a room between the medical clinic and intake and locked in a shower stall for about an hour unsupervised. Cameras are this room recording inmates being strip searched.

3. New York City Department of Corrections directive on how and when to discharge chemical agent cannisters.
4. Acquire the name of the Jane Doe nurse in complaint who tampered with plaintiff's medication on 12/30/2021 at 12:00pm at the OTIS Bantom Correctional center (OBCC) building on Riker's Island, and video footage thereof. Plaintiff has also seen Jane Doe nurse on saturday 4/2/2022 at the Robert N. Davoren Center (R.N.D.C) between the hours of 4:00pm and 11:00pm. Requesting employee photos for identification purposes.
5. Plaintiff's inmate account history for Book and case number 1411805489 and NYSID: 01344515N for inmate payroll purposes, solely between the dates of 2/1/2022 and 12/30/2022.
6. Photo copies of the officer's daily logbook of plaintiff being called to work in the Kitchen between the dates on (5) above everyday between the hours of 1:00pm and 7:00pm
7. Photo copies of officer Randazzo's inmate payroll sheets between the dates on (5).
8. Recorded footage of the fire started by inmate causing smoke to fill up housing area 2 Southwest in O.B.C.C. in front of entrance (garbage can fire). This took place on 1/3/21 which evolved into a riot and plaintiff along with 7 other inmates were intentionally denied methadone maintenance medication as well as locked in cells by emergency services unit (E.S.U). This was the last night of being quarantined at OBCC, returning back to R.N.D.C.

the following morning. No medical treatment was provided for smoke inhalation. (1/3/2021 between 11:00am and 12:00am)

9. Records of NYC 311 complaints telephonically filed. (See enclosed table of 311 phonecalls)
10. The name of law library officer in R.N.D.C. Female last name Johnson. Record ledger of afforded law library access.
11. Records pertaining to comptroller claim No. 2021PI014871.
12. Records pertaining to comptroller claim No. 2022PI005022.
13. Records pertaining to grievances of Joquell June's conduct and behaviour incident reports, inmate complaints against him, and reason for resignation/Termination. Administrative disciplinary action.
14. Jane Doe nurse's conduct and behavioural complaints/incidents.
15. Board of Correction's minimum standards pertaining to the living conditions before and during covid pandemic.
16. All grievances submitted while housed in RNDC building from 11/2020 to 6/2023.

Respectfully submitted

Ricky Gonzalez Ricky Gonzalez

Ricky Gonzalez

Pro se Plaintiff Litigant

[signature] 11/11/25

NOTARY PUBLIC

KEVIN HESSE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE0024369
Qualified in Cayuga County
Commission Expires May 06, 2028

Ricky Gonzalez (23-B-2583)
Auburn Correctional Facility
135 State St. P.O. Box 618
Auburn, N.Y. 13024

11/28/2025

RE: 24-CV-03859

Pro Se Clinic
Thurgood Marshall U.S. Courthouse
40 Centre St. Room LL22
New York, N.Y. 10007

Greeting Sir/Madam,

I am writing to inquire about any assistance that you may provide me with regarding my 1983 civil action and any subsequent motions which the Honourable Judge Lehrburger may order me to file. The defence is on the verge of filing a Summary Judgement and dismissal request.

Although my claims are true and the incidents involving the staff and corrections officers really did happen, what worries me most is the technical rules of filing and procedures encompassing the actual format of the moving papers. I am not sure whether or not I am legally obligated to send copies of notices and filed motions to the defence attornies.

Enclosed is a list of questions I was hoping you could provide me with the answers to. I usually certify all of my outgoing legal mail, however, I no longer have the funds to do so. Ever since I have

stopped using certified mail with return receipt, my outgoing legal mail has been opened outside of my presence, read without my permission, mysteriously gone missing, has not been received by the defence attorneys, and most recently has been intentionally delayed by not being mailed out of the jail after it has been forwarded to the mailroom.

I estimate you'll receive this shortly after Thanksgiving in the first week of December. My questions are as follows:

1. Am I legally obligated to send copies of motion papers to the defence attorneys?

2. Is there a specific way or template associated with responding to the defendant's Summary Judgement?

3. When can I send the court evidence and exhibits in opposition to the defendant's initial answer to my summons and claims which they deny in any of their moving papers including their request for summary judgement?

4. Do I have to notarize all court filings? Or just affidavits?

5. Can you provide me with a list of the services the Pro se clinic provides to incarcerated individuals?

6. The New York City Law Department defence attorneys claim they have not been receiving any of my mailed correspondences. Does the Pro se clinic provide any mediation between parties in cases where plaintiff is incarcerated?

Thank you for your time and consideration in this matter as I look forward to your assistance in my case.

Respectfully,

Ricky Gonzalez

Ricky Gonzalez

Prose Litigant

Ricky Gonzalez(23-B-2583)
Auburn Correctional Facility
135 State St. P.O.Box 618
Auburn, N.Y. 13024

11|28|2025

RE: Payment Method

On November 20th, 2025 I mailed two legal envelopes with disbursement forms taped to both correspondences. I specifically wrote on each disbursement to "Apply Postage From My Account."

Instead, both disbursements were returned back to me with a message written in blue ink which read "NO Disbursement Needed, Used Free Legal"

Respectfully, if I wanted to use free legal, I would've requested it in writing.

Several times this month I've received complaints that my outgoing legal mail has not been reaching its destination.

This time around, I would have recorded documentation proving my legal mail has been sent out, but instead you took it upon yourself to disregard my request to self-pay leaving me with no disbursement receipt to show the judge.

Respectfully, do not interfere with the processing of my legal mail or chose how I prefer to pay. Please don't take this letter the wrong way. I'm sure you meant well. However, this isn't the first time I've had issues with legal mail at this prison.

Respectfully,
[signature]

No Disbursement needed. Mailed out 11/28/25

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

E BLOCK

**DISBURSEMENT OR REFUND REQUEST**

E-10-20
CELL LOCATION

NAME Ricky Gonzalez

DATE November 28, 20 25

CODE TYPE [ ] [ ] [ ]

INCARCERATED INDIVIDUAL NUMBER 2 3 B 2 5 8 3

"SHORT NAME" R G O N
FIRST INITIAL FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER [ ] [ ] [ ] [ ] [ ] [ ]
RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP [ ]

AMOUNT $ X X X [ ] . [ ] [ ]

Pay postage using my account funds

SENT TO CODE (SEE TABLE B-6) [ ]

ITEM DESCRIPTION Legal Letter (3 pages)

SENT TO OR PURCHASE FROM

LAST NAME / FIRST NAME / MI / SUFF: Thurgood Marshall U.S. Courthouse Pro Se Clinic

ADDRESS / APT. NO.: 40 Centre Street Room LL22

CITY: New York City   STATE: New York   ZIP CODE: 10007

APPROVED [signature] (SOURCE AREA)   DATE 11/27/25

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.

APPROVED ______________ (BUSINESS OFFICE)   DATE ________

[signature] (INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (05/21)

Original - Business Office   Yellow - Approving Office   Pink - Incarcerated Individual

Mail clerk disregarded my request and did what she wanted to do with my legal mail

No disbursment needed Used free legal

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**DISBURSEMENT OR REFUND REQUEST**

CELL LOCATION: E-10-20

NAME: Ricky Gonzalez

DATE: November 20th, 20 25

CODE TYPE:

INCARCERATED INDIVIDUAL NUMBER: 23B2583

"SHORT NAME": RGON (FIRST INITIAL FIRST 3 OF LAST NAME)

CHECK/ORDER NUMBER: (RIGHT ADJUSTED WITH LEADING ZEROS)

COMMISSARY PRODUCT GROUP:

AMOUNT $: XXX .

(23 pages)

SENT TO CODE (SEE TABLE B-6):

ITEM DESCRIPTION: Manila Envelope: Pay postage from my account.

SENT TO OR PURCHASE FROM:

| LAST NAME | FIRST NAME | MI | SUFF |
|---|---|---|---|
| Corporation Counsel of the City of New York | | | |

| ADDRESS | APT. NO. |
|---|---|
| 100 Church Street | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| New York City | New York | 10007 |

E BLOCK

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.

APPROVED: [signature] (SOURCE AREA) DATE: 11-20-25

APPROVED: (BUSINESS OFFICE) DATE:

[signature] (INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (05/21) Original - Business Office Yellow - Approving Office Pink - Incarcerated Individual

---

No disbursment needed Used free legal request. Mail clerk disregarded my request doing what she wanted.

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**DISBURSEMENT OR REFUND REQUEST**

CELL LOCATION: E-10-20

NAME: Ricky Gonzalez

DATE: November 20th, 20 25

CODE TYPE:

INCARCERATED INDIVIDUAL NUMBER: 23B2583

"SHORT NAME": RGON (FIRST INITIAL FIRST 3 OF LAST NAME)

CHECK/ORDER NUMBER: (RIGHT ADJUSTED WITH LEADING ZEROS)

COMMISSARY PRODUCT GROUP:

AMOUNT $: XXX .

(Apply postage from my account)

SENT TO CODE (SEE TABLE B-6):

ITEM DESCRIPTION: one letter (2 pages)

E BLOCK

SENT TO OR PURCHASE FROM:

| LAST NAME | FIRST NAME | MI | SUFF |
|---|---|---|---|
| Legal Aid Society Prisoner's Rights Project | | | |

| ADDRESS | APT. NO. |
|---|---|
| 49 Thomas St. 10th Fl | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| New York | New York | 10013 |

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.

APPROVED: [signature] (SOURCE AREA) DATE: 11-20-25

APPROVED: (BUSINESS OFFICE) DATE:

[signature] (INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (05/21) Original - Business Office Yellow - Approving Office Pink - Incarcerated Individual

Ricky Gonzalez (23-B-2583)
Auburn Correctional Facility
135 State St. P.O. Box 618
Auburn, N.Y. 13024

12/4/2025

RE: Ricky Gonzalez v. City of New York, et al. (24-CV-03859)(JLR)(RWL)

Greeting Honourable Lehrburger,

According to your order on 11/6/2025 demanding the identity of Jane Doe Nurse and Jane Diaz grievance officer be ascertained by counsel to the defence, I respectfully do not consent to defence counsel Mark A. Benavides November 20th, 2025 request for 30 days extension of your original order demanding the identity of the aforementioned be acquired by November 20th, 2025, as this would be the fifth requested extension for a task which could be done in one day.

The last sentence of Mr. Benavide's letter of request states he has been unable to contact me even though I have provided him with my sister's cell phone number should he have any inquiries regarding the case. (Jessica: (845) 597-9441)

I respectfully request the case proceed according to the deadlines we've all agreed upon. Thank you

Respectfully Submitted
[signature]
Ricky Gonzalez
Prose Plaintiff

Ricky Gonzalez
23-B-2583
E-10-20

12/23/2025

RE: Evaluation of DVD in Property (vouchered on 12/23/2025)

Greetings officer Vasile,

I would like to request an alloted time slot for the purpose of investigating the contents of a DVD disc acquired today to take notes for procurement of facts, preferrably in the afternoon towards the end of your shift if possible.

I estimate it shouldn't take more than two hours, however, until I see it I won't know for sure. I am also requesting regarding future Teleconference callouts that you provide me the name of the appointing party (Law Dept) (U.S.D.C) (Crim. Appeal) (Pro se Clinic) etc.

I have to much paperwork for each agency so I'd like to avoid bringing any unecessary unrelated paperwork. Thank you.

Respectfully
[signature]

FORM 2068 (08/21)
PLEASE PRINT CLEARLY

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**AUTHORIZATION FOR DISPOSAL OF PERSONAL PROPERTY**

Incarcerated individual – complete section 1, sections 2, 3, and 4 as applicable and sign at 5. Auburn Correctional Facility

| 1. Incarcerated Individual Name | DIN | Location |
|---|---|---|
| Gonzalez | 23B2583 | E-10-20 |

2. I hereby (authorize disposal) (request review) of item (s) not permitted/surplus personal property in the following manner:

| Quantity | Article/Bag | Reason not permitted | Circle choice |
|---|---|---|---|
| 1 | DVD | Media Review | A – B – C - D |
| | | | A – B – C - D |
| | | | A – B – C - D |
| | | | A – B – C - D |
| | | | A – B – C - D |

A* - Ship at my expense to ______ NAME ______ ADDRESS

* If option A is chosen, the incarcerated individual must choose a second disposal option in the event that they do not have sufficient available spendable funds for instances of excess personal property disposal (Directive #4913) only.

Circle your second choice for disposition.

B** - Send out via visitor ______ VISITOR'S NAME ______ ADDRESS

** The item will be held a maximum of 14 days pending arrival of a visitor. Circle your second choice for disposition in case visitor does not come or accept the item.

C - Donate to charitable org. ______ NAME ______ ADDRESS

D - Destroy at facility

3. I request to transfer my clear-case ___ radio, ___headphone-radio, ___tape player, ___ radio/ tape combo per Dir. #4920

To incarcerated individual: Name ______ DIN ______ Date ______

Mfg. ______ Type ______ Ser. # ______

4. Incarcerated individual with clear-case televisions must complete BOTH PARTS A & B of this section (See Dir. #4921)
A. If I am transferred to a TV facility, I request my TV be shipped to the new facility at my expense Y __ N __
B. If "NO" in Part "A" above – OR – if I am not transferred to a TV facility, I request that my TV: (check 1)

____ Be disposed of as specified in section 2 above OR

____ Be transferred to incarcerated individual: Name ______ DIN ______

Mfg. ______ Ser. # ______

5. [signature] DIN 23-B-2583 DATE 12/28/25
(Incarcerated individual's signature)

____ Incarcerated individual refused to make a choice after being informed by employee witness.

______ Title ______ DATE ______
(Witness's signature)

Items (s) reviewed as requested and ____ allowed ____ disallowed Reason ______

(sign) ______ Title ______ Date ______

6. ____ Disposition ordered by DSS, FDS, SUPT ____ Destroy ____ Donate to ______

(sign) ______ Title ______ Date ______

____ The above articles were disposed of as indicated by: (sign) ______ Date ______

Comments: ______

____ Radio/tape player transfer is ____ Approved ____ Denied

(sign) ______ Title ______ Date ______

____ Received by visitor (visitor's signature): ______

____ Shipped at the incarcerated individual's expense as requested on ______

DISTRIBUTION: **Original** – IRC File **1st Copy** – Package Room, Facility File **2nd Copy** – Package Room –Incarcerated Individual File **3rd Copy** – Incarcerated Individual

'anceled at the request of
Party Unknown

***DEPARTMENT OF CORRECTIONAL SERVICES***
***STATE OF NEW YORK***
***AUBURN CORRECTIONAL FACILITY***

***LIAISON OFFICER***

RE: You have been scheduled for a callout on **Mon,Dec 22,2025**
for **PHONE CONF** . You are to report to the **MEDIA CENTER**
at the below listed time.

| Din # | Name | Cell | Work | Time |
|---|---|---|---|---|
| 23-B-2583 | GONZALEZ,R | 0E-10-020 | 4380 | 2:00 PM |

Dec. 25, 2025

Ricky Gonzalez 23-B-2583
Auburn Correctional Facility
135 State St. P.O. Box 618
Auburn, NY 13024

Greetings Jimmy Taylor,

I received in the mail what appears to be a Notice of Motion requesting Summary Judgement for dismissal of claims against defendant June in case # 24-CV-3859 which says I must respond by Jan. 12th with opposition papers and Jan. 26, 2026 with reply papers.

I mailed to you, the application you had sent, on 12/16/2025. I am now looking forward to you scheduling a telephone conference with me as I sincerely seek assistance with litigating this case. As you know I lack the necessary resources needed due to this jail never fully recovering from the illegal strike.

I believe the motion for summary Judgement was filed and now viewable on the electronic data base. The defence lawyers are Michael Futral and Mark A. Benavides who are assistant corporation counselors from the law office of Muriel Goode-Trufant. I can not answer their motion until I am provided the opportunity to view the DVD containing evidence by the Auburn legal liaison officer Vasile whom I notified immediately by letter after receiving the Disc and motion notice on 12/23/2025. The Disc is in my property as I am not allowed to have it in my possesion. With your permission I'd like to send you copies of the initial complaint so that you may advise me on what I left out and what I

should amend to survive this summary judgement. Again, my resources are too scarce that I am even handwriting my motions due too the lack of law library affordability where there are not even enough type writers and time to neatly produce a motion. I mean, really, were in the year 2026 and being afforded old typing devices from the 1990's and the State is allowing such obsolescence to hinder the pursuits of justice of the incarcerated population.

Lastly, legal mail enter this prison is subjected to screening for drugs and contraband extending the time it takes to reach me also contributing to hinderance in my legal pursuit. In other words, long story short, I am in desperate need of assistance with meeting deadlines and assuring my outgoing legal mail makes it to it's destination. I can't afford to certify mailout everything, so I will provide you with my sister's phone number for you to leave messages for me of importantance.

(845) 597-9441 (sister) Jessica.

I look forward to meeting you and extend my gratitude. Happy holidays

Respectfully,

[signature]

P.S.

May I send you roughly 20 pages of what I filed?