```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICKY GONZALEZ,                                             :
                                                            :
                            Plaintiff,                      :   24-CV-3859 (JLR) (RWL)
                                                            :
            - against -                                     :
                                                            :   ORDER
C.O. JOHN JUNE, et al.,                                     :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants shall file a response to Plaintiff's letter at Dkt. 55 by January 22, 2026.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 15, 2026
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff.

Ricky Gonzalez
DIN: 23B2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024

1