```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICKY GONZALEZ,                              :
                                             :
                        Plaintiff,           :    24-CV-3859 (JLR) (RWL)
                                             :
        - against -                          :
                                             :    ORDER
C.O. JOHN JUNE, et al.,                      :
                                             :
                        Defendants.          :
                                             :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter and notice of motion dated January 5, 2026 (docketed on January 13, 2026) at Dkts. 55-56, and Defendants' response dated and docketed on January 16, 2026 at Dkt. 58.  The Court resolves Plaintiff's requested relief as follows:

1.     As Defense counsel has offered to do, defense counsel shall contact Auburn Correctional Facility ("Auburn") to coordinate Plaintiff's access to the surveillance footage provided by Defense counsel on CD.  Defense counsel shall do so by **January 30, 2026**.  If Auburn informs Defense counsel that a different medium is required, then Defense counsel shall provide the footage on that medium.  Defense counsel represents, however, that he already has confirmed with Auburn that a CD is the correct medium.

2.     Plaintiff's request that Defendants' motion on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) be stayed indefinitely until completion of discovery sought by Plaintiff is denied.  Rule 12(c) provides for dismissal based on pleadings without discovery.  After reviewing the parties' submissions on Defendants' motion, the Court will determine whether the motion should be converted to one for summary judgment.

1

3. Plaintiff's request for an extension of time to respond to Defendants' Rule 12(c) motion is granted. Plaintiff shall file his response by **March 20, 2026**.

4. The Court will issue a separate order addressing Plaintiff's request for pro bono counsel.

The Clerk of Court is respectfully requested to terminate the motion at Dkt. 56.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 19, 2026
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff.

Ricky Gonzalez
DIN: 23B2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024