UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICKY GONZALEZ,                          :
                                         :
                    Plaintiff,           :        24-CV-3859 (JLR) (RWL)
                                         :
        - against -                      :
                                         :        **ORDER**
C.O. JOHN JUNE, et al.,                   :
                                         :
                    Defendants.          :
                                         :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 20, 2026, the Court issued an order requesting appointment of pro bono counsel for Plaintiff, who is proceeding pro se. (*See* Dkt. 60.) Potential pro bono counsel have indicated their interest in reviewing the relevant body-worn camera footage to assist them in their consideration of whether to take on the representation. Accordingly, by **February 25, 2026**, Defendants shall file a letter indicating whether they consent to this request or object to it, and if the latter, on what basis.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2026
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff:

1

Ricky Gonzalez
DIN: 23B2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024