

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL FUTRAL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2657
Fax: (212) 356-1643
mifutral@law.nyc.gov

February 25, 2026

**VIA ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Gonzalez v. City of New York, et al.,
             24-CV-3859 (JLR)(RWL)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for Defendant Correctional Officer ("C.O.") John June in the above-referenced matter. I write on behalf of C.O. June in response to Your Honor's February 18, 2026 Order directing Defendant to indicate whether he will assist interested pro bono counsel in their consideration of whether to take on Plaintiff's representation by allowing them to review the relevant surveillance footage submitted in connection with Defendant's motion for judgment on the pleadings. (ECF No. 61.) The undersigned respectfully writes to advise the Court that Defendant does not object to prospective pro bono counsel reviewing the footage for the limited purpose described in the Court's Order, subject to the reasonable protective conditions outlined below.

      By way of background, *pro se* Plaintiff Ricky Gonzalez filed his Complaint on May 16, 2024, alleging, *inter alia*, that on May 17, 2021, Defendant C.O. June used excessive force when he deployed oleoresin capsicum on Plaintiff. (*See* ECF No. 1.) Defendant C.O. June answered Plaintiff's Complaint on September 15, 2025, and moved for judgment on the pleadings as to Plaintiff's excessive force claim on December 15, 2025, pursuant to Federal Rule of Civil Procedure 12(c). (ECF Nos. 36, 50.) In accordance with Rule 4(A) of Judge Rochon's Individual Rules and Practices in Civil Pro Se Cases, Plaintiff's opposition papers were to be served by January 12, 2026, and C.O. June's reply papers were to be served by January 26, 2026. (*Id.*) On January 13, 2026, Plaintiff requested appointment of pro bono counsel and a corresponding extension of time to oppose Defendant's motion pending a decision on that request. (ECF No. 55.) The Court subsequently extended Plaintiff's opposition deadline to March 20, 2026, and granted his request for pro bono counsel. (ECF Nos. 60, 61.) On February 25, 2026, the Court directed Defendant C.O. June to state whether he consents to prospective pro bono counsel reviewing the

footage submitted in support of his motion in order to assist such counsel in determining whether to undertake representation. (ECF No. 61.)

The recordings submitted in connection with Defendant's motion consist of surveillance footage from a New York City Department of Correction facility on Rikers Island. The surveillance footage contains personally identifying information and depicts non-party correctional officers whose faces and other identifying features are not blurred. The footage also captures security-sensitive information concerning facility layout, camera placement, sight lines, staff movement patterns, housing areas, and other operational details. Unrestricted dissemination of such footage therefore implicates institutional security, as well as the privacy and safety of both staff and incarcerated persons. Accordingly, the undersigned respectfully requests that any review be subject to the following reasonable protective conditions:

1. Review of the footage occur in person at the New York City Law Department's offices, or via remote means at a mutually agreed date and time arranged by counsel; and

2. The footage cannot be copied, downloaded, photographed, recorded, or otherwise reproduced in any manner.

Accordingly, to assist the Court in facilitating potential pro bono representation while accounting for the privacy and institutional security considerations associated with correctional facility surveillance footage, the undersigned respectfully requests that the Court endorse the proposed safeguards outlined above. The undersigned is prepared to coordinate promptly with any interested pro bono counsel to arrange a mutually convenient time for review.

The undersigned thanks the Court for its time and consideration in this matter.

Respectfully submitted,

*Michael Futral*  /s/

Michael Futral
*Assistant Corporation Counsel*
Special Federal Litigation Division

Cc: **VIA ECF & FIRST CLASS MAIL**
Ricky Gonzalez
23-B-2583
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024