

March 18, 2026

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

Granted.

SO ORDERED:

3/18/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

By Electronic Filing.

**Re:    Gonzalez v. June, No. 24-CV-3859 (JLR) (RWL)**

Dear Judge Lehrburger:

My colleague, Regina Yu, and I represent Plaintiff Ricky Gonzalez for the limited purpose of defending against a motion by Defendant John June for Judgment on the Pleadings to Dismiss Plaintiff's Complaint.

I write, per this Court's Individual Practice Rule I (D), to request a 60-day extension of time to respond to Defendant June's motion. Plaintiff makes this request given counsel's pre-existing commitments, including an upcoming trial. Plaintiff states as follows:

(1) The original date for the deadline to file an opposition is March 20, 2026. The new date requested is May 19, 2026.
(2) This is the first request for an extension made by undersigned counsel.
(3) Defendant June consents to this request.

Finally, jointly with Defendants' counsel, I write to ask the Court to, in turn, extend the deadline for Defendant's reply to June 18, 2026.

As always, we thank the Court for its continued time and attention.

Respectfully submitted,

/s/

_____
Leena Mohmoud Widdi
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.