

April 16, 2026

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

Fact discovery and deadlines thereafter are stayed pending determination of Officer June's motion for judgment on the pleadings.

SO ORDERED:

4/17/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

By Electronic Filing.

**Re:** **Gonzalez v. June, et al., Case No. 24-CV-3859 (JLR) (RWL)**

Your Honor:

I, alongside my colleague Leena Widdi, am pro bono counsel for Plaintiff Ricky Gonzalez (hereinafter "Plaintiff") in the above-referenced matter, for the limited purpose of defending against a motion filed by Defendant June pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings.

As a courtesy to Plaintiff, who is currently in custody and therefore faces significant restraints in accessing legal resources and communicating with the Court as well as opposing counsel, I write on his behalf to respectfully request a stay in this matter until the 12(c) motion is fully briefed and the Court reaches a decision regarding Defendant June's pending motion, for the reasons detailed herein. Alternatively, if the Court is not inclined to grant a stay, Plaintiff requests a 60-day adjournment of all upcoming deadlines set forth in the civil case management plan and scheduling order. *See* ECF No. 44.

This is the first request for such relief.

Defendants object in part and consent in part to this request. Defendants oppose any stay or extension for the April 17, 2026, deadline to file an amended pleading. Defendants' reason for objecting is because, as they put it, our firm's "representation is limited to assisting Plaintiff in preparing his opposition to Defendant June's motion for judgment on the pleadings—not to participate in discovery, assist Plaintiff in amending his complaint, or engage in settlement discussions. Second, to the extent Plaintiff's limited-purpose pro bono counsel—who were permitted to review surveillance footage solely to evaluate whether to assist with motion practice— now seek a stay or extension to facilitate Plaintiff amending his complaint, Defendants feel that such a request is improper and prejudicial." Defendants consent to a stay, or in the alternative, a 60-day extension, for all other deadlines.

Good cause supports this request. The pending motion, which challenges the sufficiency of Plaintiff's claims against Defendant June, may substantially narrow or resolve the issues in this case. Proceeding with discovery in the interim risks imposing unnecessary burdens on the parties and the Court. A temporary stay would therefore promote efficiency and conserve resources. Alternatively, a modest extension of the current schedule would provide Plaintiff a meaningful opportunity to



evaluate the posture of the case in light of the pending motion, consider consulting with any potential counsel for the claims in which he remains pro se, and determine how best to proceed. Plaintiff's custodial status limits his ability to access documents, communicate quickly, and make informed litigation decisions within the existing timeframe. The requested extension would help ensure Plaintiff can participate in this litigation in a fair manner without prejudicing any party.

Lastly, the undersigned apologizes for this letter being filed less than 48 hours before the next deadlines in the current schedule and hopes the Court will still indulge consideration of this request. Although I attempted to schedule a legal call at Auburn Correctional Facility with Mr. Gonzalez well in advance of tomorrow's deadline to sort out the particulars of this request sooner, the facility was unable to accommodate a call before yesterday, and Counsel for both parties were unable to confer on Defendants' position until earlier this afternoon.

As always, we thank the Court for its continued time and attention.

Respectfully submitted,

*Regina Yu*

Regina Yu
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com