UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| RICKY GONZALEZ,<br><br>Plaintiff,<br><br>- against -<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | : | 24-CV-3859 (JLR) (RWL)<br><br>**ORDER** |

---

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 17, 2026, the Court stayed fact discovery and other deadlines pending determination of Defendant June's motion for judgment on the pleadings. (Dkt. 70.) On September 28, 2026, Judge Rochon granted Defendant June's motion and dismissed Plaintiff's claims as against Defendant June. (Dkt. 73.) Defendant June's motion having been resolved, the stay of discovery is lifted as to the remaining claims.

The Court notes that there may be some confusion regarding what those claims are. On March 10, 2025, Plaintiff's claims against Defendants Jane Diaz and Nurse Jane Doe were dismissed without prejudice. (Dkt. 11.) On June 6, 2025, Plaintiff moved to replead allegations as to those two Defendants. (Dkt. 25.) On June 11, 2025, Judge Rochon granted Plaintiff's motion to amend. (Dkt. 28.) However, the Answer filed on September 15, 2025 does not appear to have responded to the amended allegations set forth in Dkt. 25. (Dkt. 36.)

Accordingly, the parties shall meet and confer to address the state of the pleadings as well as a proposed schedule for fact and expert discovery. The parties shall file a status report and proposed schedule by **October 30, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 22, 2026
New York, New York

Copies transmitted this date to all counsel of record.